UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEDRO SOSA,

                Plaintiff,

-v-

UNITED STATES OF AMERICA,

                Defendant.

16-CR-613 (JPO)

19-CV-9225 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

To date, the Court has not received Plaintiff's response to the Government's submission opposing his motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. If he wishes to file a response, he shall do so on or before February 11, 2020. If no response is received by that date, the motion will be considered fully briefed.

    SO ORDERED.

Dated: January 21, 2020
       New York, New York

_____
J. PAUL OETKEN
United States District Judge

*COPY MAILED TO PRO SE PARTY BY CHAMBERS*